1

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUL 19 2006

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

| | | |
|---|---|---|
| Wendy Whitaker, et al., Plaintiffs, | ) ) ) | |
| -vs- | ) ) | Docket No. 4:06-140-CC Volume 1 |
| Sonny Perdue, et al., Defendants. | ) ) ) | Pages 1-155 |

Transcript of the Motion for Preliminary Injunction Proceedings
Before the Honorable Clarence Cooper
July 11, 2006
Atlanta, Georgia

APPEARANCES:

On behalf of the Plaintiffs:   Sarah E. Geraghty, Esq.
                               Stephen B. Bright, Esq.
                               Lisa Kung, Esq.
                               Gerald R. Weber, Esq.

On behalf of the Defendants:   Joseph Drolet, Esq.
                               Devon Orland, Esq.
                               Kay Baker, Esq.

Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia