156

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUL 19 2006

LUTHER D. THOMAS, Clerk
By: B. Jenkins, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Wendy Whitaker, et al.,        )
    Plaintiffs,                )
                               )
-vs-                           )   Docket No. 4:06-140-CC
                               )   Volume 2
Sonny Perdue, et al.,          )   Pages 156-354
    Defendants.                )


Transcript of the Motion for Preliminary Injunction Proceedings
Before the Honorable Clarence Cooper
July 12, 2006
Atlanta, Georgia


APPEARANCES:

On behalf of the Plaintiffs:   Sarah E. Geraghty, Esq.
                                     Stephen B. Bright, Esq.
                                     Lisa Kung, Esq.
                                     Beth Littrell, Esq.

On behalf of the Defendants:   Joseph Drolet, Esq.
                                     Devon Orland, Esq.
                                     Kay Baker, Esq.


Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia