

# CIVIL MINUTE SHEET

Time: 5.5

ATLANTA DIVISION

(✓) IN OPEN COURT  ( ) IN CHAMBERS   DATE: 7/12/06   TIME: 9:30 AM

HONORABLE Clarence Cooper   COURT REPORTER Amanda Roldoas

DEPUTY CLERK Patsy L. Spurey   Dwight Williams, CSO

Wendy Whitaker, et al

Sarah E. Geraghty
Lisa L. Kung
Stephen B. Bright

vs.

Case No. 4:06-CV-140-CC

Sonny Perdue

Devon Orland
Joseph J. Drolet
Kay D. Baker

Cause came on for ( ) Jury ( ) Non-Jury trial on the merits ( ) Motions

Plaintiff(s)     ( ) Request to Charge ( ) Voir Dire ( ) Trial Memo/Brief ( ) Statement of Contentions
Defendant(s)  ( ) Request to Charge ( ) Voir Dire ( ) Trial Memo/Brief ( ) Statement of Contentions

Plaintiff(s)     ( ) Proposed Findings of Fact and Conclusions of Law
Defendant(s)  ( ) Proposed Findings of Fact and Conclusions of Law

( ) Whereupon the Court ordered that a jury be impaneled to try said issue, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn, to wit:

1. _____     6. _____
2. _____     7. _____
3. _____     8. _____
4. _____     9. _____
5. _____    10. _____

( ) The Rule of Sequestration ( ) was   ( ) was not invoked.

Evidence by plf. (12) Gene Higdon, sworn. (13) Glen Hoover, sworn (14) Tony Mitchell, sworn. (15) Dr. Kevin C. Baldwin, sworn (16) Amy Whitaker, sworn (17) Louie S. Collins, sworn (18) Peter Wagner, sworn. P-20, 19, 21, 23, 24, 25 ADMITTED. D-8 ADMITTED P-26, 27, 28, 29 ADMITTED. Evidence by dft. (4) Laura Tate, sworn (5) Michelle Knox, sworn. (6) Richard Oleson, sworn (7) Dr. Mario Dennis, sworn. D-13, 14, 10, 12, 9, 17 ADMITTED. P-10 & 12 ADM Counsel made closing arguments. Court directed parties to submit briefs by 12:00 noon Monday, July 17, 2006. Parties may submit proposed findings by Wednesday, July 19, 2006.

Court adjourned at __4:30 PM__ until _____
(✓) until further order
( ) jurors excused until the above time under the usual caution of the Court.
( ) jurors excused for the term
( ) jurors excused and directed to return to the jury assembly room

Exhibits returned to counsel for ( ) Plaintiff(s)  ( ) Defendant(s)  ( ) Court Reporter
(✓) Exhibits retained by the Court  ( ) Exhibits returned to the Clerk's Office