# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:06-cv-00140-CC
### Whitaker et al v. Perdue et al
### Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 11/13/2008.

TIME COURT COMMENCED: 09:30 A.M.
TIME COURT CONCLUDED: 03:30 P.M.
TIME IN COURT: 05:00
COURT REPORTER: Andy Ashley
CSO/DUSM: Curtis Brown
DEPUTY CLERK: Patsy L. Springs

ATTORNEY(S) PRESENT:
Joseph Drolet representing Scot Dean
Joseph Drolet representing Sonny Perdue
Joseph Drolet representing Thurbert E. Baker
Sarah Geraghty representing Al Reginald Marks
Sarah Geraghty representing Dewayne Owens
Sarah Geraghty representing James Victor Wilson
Sarah Geraghty representing Janet Jenkins Allison
Sarah Geraghty representing Jeffery York
Sarah Geraghty representing Joel Jones
Sarah Geraghty representing Joseph Linaweaver
Sarah Geraghty representing Lori Sue Collins
Sarah Geraghty representing Wendy Whitaker
David Hudson representing Clay N. Whittle
Devon Orland representing Scot Dean
Devon Orland representing Sonny Perdue
Devon Orland representing Thurbert E. Baker
Gerald Weber representing Al Reginald Marks
Gerald Weber representing Dewayne Owens
Gerald Weber representing James Victor Wilson
Gerald Weber representing Janet Jenkins Allison
Gerald Weber representing Jeffery York
Gerald Weber representing Joel Jones
Gerald Weber representing Joseph Linaweaver
Gerald Weber representing Lori Sue Collins
Gerald Weber representing Wendy Whitaker

PROCEEDING CATEGORY:
Motion Hearing(Other Evidentiary Hearing-Contested);

| | |
|---|---|
| MINUTE TEXT: | Hearing on Defendants Perdue, Baker and Dean's Motion to decertify class [#181], Plaintiffs motion for preliminary injunction [#186] and Plaintiff Wendy Whitaker's motion for preliminary injunction [#188]. Court first heard arguments on Defendants Perdue, Baker and Dean's motion to decertify class. Parties to submit briefs within 10 days on the decertification. Evidence by plaintiffs on motion for preliminary injunction to stop the State of Ga from criminalizing protected religious activity[#186]: (1) Lorie Sue Collins, sworn. (2) Andrew C. Norton, sworn. EXHIBITS ADMITTED. (3) Andrea Shelton, sworn. (4) Omar Howard, sworn. Parties to submit proposed findings. Evidence by plaintiff Wendy Whitaker on motion for preliminary injunction to prevent the eviction of Wendy Whitaker from her lawfully purchased home [#188]: (1) Wendy Whitaker, sworn. (2) Peter Wagnor, sworn. EXHIBITS ADMITTED. Court denied motion [#188] counsel for defendant to prepare order and submit to Court by Monday, Nov. 17, 2008. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |