UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA  DIVISION

| | |
|---|---|
| Walter Smiley, Ruben Luna, Germany Whitfield, and R.W.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SONNY PERDUE *Governor of the State of Georgia in his Official Capacity*, THURBERT E. BAKER *Attorney General of the State of Georgia in his Official Capacity*, SCOT DEAN *Chief of Probation, Cedartown, Polk County, Georgia, in his Official Capacity*, CLAY N. WHITTLE *Sheriff of Columbia County,* SHERIFF PHIL SUMMERS *Defendant Sheriff Summers*, ATTORNEY NATHAN T. LEE, SHERIFF TIM BURKHALTER, SHERIFF GARY GULLEDGE, SHERIFF KELLY MCLENDON, SHERIFF STACY L. NICHOLSON, ATTORNEY WILLIAM D. NESMITH, and SHERIFF PETE SMITH,<br><br>                    Defendants | CIVIL ACTION FILE<br><br>4:06-cv-140-CC |

J U D G M E N T

This action having come before the Court, Honorable Clarence Cooper, United States District Judge, for

consideration of the Parties' arguments, facts of the case, and applicable law, and the Court having dismissed the case for lack of jurisdiction, it is:

Ordered and Adjudged that the same hereby is dismissed for lack of jurisdiction.

Dated at Rome, Georgia, this 30th day of September, 2013

                JAMES N. HATTEN
                CLERK/DCE

By:   S/Brenda Hambert
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 30, 2013
JAMES N. HATTEN
CLERK/DCE

By:  S/Brenda Hambert
      Deputy Clerk